UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY LLC,

      Plaintiff,

 -against-

RICHARD P. SHAW,

      Defendant.

**RULE 7.1 STATEMENT**

Index No. 08 CV 00501 (PKL)

ECF CASE

 Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AMAC CREDIT FACILITY LLC (a private, non-governmental party) certified that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

 Plaintiff is directly or indirectly affiliated with the following public companies:

 1) American Mortgage Acceptance Company (AMEX:AMC)

 2) Centerline Holding Company (NYSE:CHC)

Dated: January 18, 2008

New York, New York

         Respectfully submitted,

         By: _____
         Philip M. Smith (PS 8132)
         PATTON BOGGS LLP
         1675 Broadway
         31st Floor
         New York, New York 10019
         Telephone: (646) 557-5100
         Facsimile: (646) 557-5101
         pmsmith@pattonboggs.com

<u>Of Counsel</u>

Patrick F. McManemin
Joseph M. Cox
J. Thomas Gilbert
PATTON BOGGS LLP
2100 Ross Avenue
Suite 3000
Dallas, Texas 75201
Telephone:  (214) 758-1500
Facsimile:   (214) 758-1550

Attorneys for Plaintiff AMAC Credit Facility LLC

2