UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY LLC,

                Plaintiff,

-against-

RICHARD P. SHAW,

                Defendant.

No. 08 CIV 501 (PKL)

**MOTION TO ADMIT PATRICK F. McMANEMIN PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Philip M. Smith, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Patrick F. McManemin
    Patton Boggs LLP
    2001 Ross Avenue
    Suite 3000
    Dallas, Texas 75201
    Telephone: (214) 758-1500
    Facsimile: (214) 758-1550

Mr. McManemin is a member in good standing of the State Bar of Texas.

There are no pending disciplinary proceedings against Mr. McManemin in any State or Federal court.

Dated: February 15, 2008

New York, New York

Respectfully submitted,

By: _____
Philip M. Smith (PS8132)
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
Telephone: (646) 557-5100
Facsimile: (646) 557-5101

Attorneys for Plaintiff AMAC Credit Facility LLC

460532

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing document has been served upon the defendant as follows via first class mail:

Richard P. Shaw
17103 Preston Road
Suite 250
Dallas, TX 75248

                _____
                Philip M. Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAC CREDIT FACILITY LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>RICHARD P. SHAW,<br><br>        Defendant. | No. 08 CIV 501 (PKL)<br><br>DECLARATION OF PHILIP M. SMITH IN SUPPORT OF MOTION TO ADMIT PATRICK F. McMANEMIN PRO HAC VICE |

I, Philip M. Smith, declare as follows:

1. I am a Partner at the law firm of Patton Boggs LLP, and counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Patrick F. McManemin as counsel pro hac vice to represent the Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February of 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Patrick F. McManemin since January 10, 2008.

4. Patrick F. McManemin is a Partner with the law firm of Patton Boggs LLP. I know Mr. McManemin through our association as members of the same law firm, he in the Dallas, Texas office and I in the New York, New York office.

5. I have found Mr. McManemin to be a skilled attorney, a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Patrick F. McManemin, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Patrick F. McManemin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Patrick F. McManemin, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: February 15, 2008

New York, New York

                                      Respectfully submitted,

By: _____
      Philip M. Smith (PS8132)

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document has been served upon the defendant as follows via first class mail:

Richard P. Shaw
17103 Preston Road
Suite 250
Dallas, TX 75248

_____
Philip M. Smith

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

January 28, 2008

RE:  **Mr. Patrick Frank McManemin**
     State Bar Number - **13782400**

To Whom it May Concern:

This is to certify that Mr. Patrick Frank McManemin was licensed to practice law in Texas on June 10, 1977 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY LLC,

                Plaintiff,

        -against-

RICHARD P. SHAW,

                Defendant.

No. 08 CIV 501 (PKL)

**ORDER FOR ADMISSION OF PATRICK F. McMANEMIN PRO HAC VICE ON WRITTEN MOTION**

Upon the Motion of Philip M. Smith, attorney for Defendant and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Patrick F. McManemin
    PATTON BOGGS LLP
    2001 Ross Avenue
    Suite 3000
    Dallas, Texas 75201
    Telephone: (214) 758-1500
    Facsimile: (214) 758-1550
    pmcmanemin@pattonboggs.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: February ___, 2008
New York, New York:

                                By:_____
                                    United States District Court Judge