UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY LLC,

      Plaintiff,

  -against-

RICHARD P. SHAW,

      Defendant.

No. 08 CIV 501 (PKL)

**ORDER FOR ADMISSION OF JOSEPH M. COX PRO HAC VICE ON WRITTEN MOTION**

Upon the Motion of Philip M. Smith, attorney for Defendant and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

 Joseph M. Cox
 PATTON BOGGS LLP
 2001 Ross Avenue
 Suite 3000
 Dallas, Texas 75201
 Telephone: (214) 758-1500
 Facsimile: (214) 758-1550
 jcox@pattonboggs.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: February 26, 2008
New York, New York:

          By: _____
            United States District Court Judge