UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY LLC,

          Plaintiff,

-against-

RICHARD P. SHAW,

          Defendant.

No. 08 CIV 501 (PKL)

**ORDER FOR ADMISSION OF J. THOMAS GILBERT PRO HAC VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

Upon the Motion of Philip M. Smith, attorney for Defendant and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

    J. Thomas Gilbert
    PATTON BOGGS LLP
    2001 Ross Avenue
    Suite 3000
    Dallas, Texas 75201
    Telephone: (214) 758-1500
    Facsimile: (214) 758-1550
    tgilbert@pattonboggs.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: February **26**, 2008
New York, New York:

                                      By: _____
                                         United States District Court Judge