# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
AMAC CREDIT FACILITY, LLC,         §
                                   §
    Plaintiff,                     §
                                   §
v.                                 §    No. 08 CIV 501 (PKL)
                                   §
RICHARD P. SHAW,                   §
                                   §
    Defendant.                     §
-------------------------------------------------------x
```

**Affidavit of Service**

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK           )

Dollie Kratzer**,** being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

2. On March 14, 2008, I served a copy of the Original Answer of Richard P. Shaw via Electronic Mail to pmsmith@pattonboggs.com, pmcmanemin@pattonboggs.com, jcox@pattonboggs.com and jgilbert@pattonboggs.com and via U.S. Mail, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the parties set forth below:

Patton Boggs, LLP
1675 Broadway at 52nd Street, 31st Floor
New York, NY 10019
Attn.:   Philip M. Smith, Esq.

Patton Boggs, LLP
2100 Ross Avenue, Suite 3000
Dallas, TX 75201
Attn.:   Patrick F. McManemin, Esq.
         Joseph M. Cox, Esq.
         J. Thomas Gilbert, Esq.

                                              /s/ Dollie Kratzer
                                              Dollie Kratzer

Sworn to before me this
14th day of March, 2008
  /s/ Michael C. Sferlazza
Notary Public, State of New York
No. 02SF6145346
Qualified in Rockland County
Commission Expires May 8, 2010