IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
AMAC CREDIT FACILITY, LLC,

    Plaintiff,

    -against-                                    No. 08 CIV 501 (PKL)
                                                    MOTION TO ADMIT COUNSEL
RICHARD P. SHAW,                   *PRO HAC VICE*

    Defendant.
----------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sydney G. Platzer a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of

| | |
|---|---|
| Applicant's Name: | Howard Marc Spector, Esq.. |
| Firm Name: | Howard Marc Spector, P.C. |
| Address: | 12770 Coit Road, Suite1100 |
| | Dallas, TX 75251 |
| Telephone: | (214) 365-5377 |
| Facsimile: | (214) 237-3380 |

Nathan M. Johnson is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Nathan M. Johnson.

Dated: April 11, 2008
       New York, New York

                                        Respectfully Submitted,
                                        PLATZER, SWERGOLD, KARLIN, LEVINE,
                                        GOLDBERG & JASLOW, LLP

                                        By: /s/ Sydney G. Platzer
                                            Sydney G. Platzer (SP/2895)
                                            1065 Avenue of the Americas
                                            18th Floor
                                            New York, NY 10018
                                            splatzer@platzerlaw.com
                                            (212) 593-3000
                                            FAX:(212) 593-0353

PLATZER, SWERGOLD, KARLIN,
LEVINE, GOLDBERG & JASLOW, LLP
*COUNSELORS AT LAW*

# EXHIBIT A

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Howard M. Spector**, Bar # **0078503**, was duly admitted to practice in said Court on **11/23/92**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **03/13/08**.

Karen Mitchell

BY: _____
Deputy Clerk

PLATZER, SWERGOLD, KARLIN,
LEVINE, GOLDBERG & JASLOW, LLP
*COUNSELORS AT LAW*

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
AMAC CREDIT FACILITY, LLC,

    Plaintiff,

    -against-                                            No. 08 CIV 501 (PKL)
                                                          CERTIFICATION IN SUPPORT OF
           RICHARD P. SHAW,                  MOTIONS TO ADMIT *PRO HAC*
                                                          *VICE*

    Defendant.
-------------------------------------------------------------x
State of New York  )
                        )    ss:
County of New York)

### CERTIFICATION IN SUPPORT OF MOTIONS TO ADMIT COUNSEL
### *PRO HAC VICE*

    **SYDNEY G. PLATZER**, of full age, hereby certifies as follows:

    1.    I am an attorney at law of the State of New York and am an associate with the law firm of Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, attorneys for the Defendant in this case. I make this Certification in support of the applications of Nathan M. Johnson and Howard Marc Spector for admission to the Bar of this Court *Pro Hac Vice*. I am familiar with the facts and information set forth herein.

    2.    Submitted in connection herewith are the applications of Nathan M. Johnson and Howard Marc Spector in support of their respective applications for admission to this Court *Pro Hac Vice*.

3.      I have advised each of the applicants of his obligations to comply with the rules of professional conduct of the New York Supreme Court, and the requirements of rules regarding the conduct of attorneys admitted to the practice of law in this State.  In addition, I have advised each of the applicants of the Local Rules of the United States District Court for Eastern District of New York and New York State Lawyer's Rules of Professional Responsibility.  I have also advised each of the applicants that he must faithfully adhere to all rules applicable to his conduct in connection with any activities in this Court.

4.      Nathan M. Johnson and Howard Marc Spector will be associated with me in the defense of this matter.  I am admitted to practice before this Court and I will sign all pleadings, briefs and other papers filed with the Court.

5.      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: April 11, 2008
    New York, New York

                          Respectfully Submitted,
                          PLATZER, SWERGOLD, KARLIN, LEVINE,
                          GOLDBERG & JASLOW, LLP

                          By:    /s/ Sydney G. Platzer          .
                              Sydney G. Platzer (SP/2895)
                              1065 Avenue of the Americas
                              18th Floor
                              New York, NY 10018
                              splatzer@platzerlaw.com
                              (212) 593-3000
                              FAX:(212) 593-0353

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**AMAC CREDIT FACILITY, LLC,**

    Plaintiff,

    -against-                            No. 08 CIV 501 (PKL)
                                            ORDER GRANTING MOTION TO
                                            ADMIT COUNSEL
**RICHARD P. SHAW,**                    *PRO HAC VICE*

    Defendant.

---------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Howard Marc Spector is permitted to argue or try this particular case in whole or in part as counsel or advocate.

At attorney admitted to practice pro hac vice are required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

                                                                                     _____
                                                                                     United States District Judge