UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMAC Credit Facility LLC,

                    Plaintiff,

   -against-

Richard P. Shaw,
                 Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 4/24/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 501 (PKL)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
            4/24/08

                                                   United States District Judge