

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2001 Ross Avenue
Suite 3000
Dallas, TX 75201-8001
214-758-1500

Facsimile 214-758-1550
www.pattonboggs.com

May 7, 2008

Patrick F. McManemin
Direct Dial: (214) 758-6675
pmcmanemin@pattonboggs.com

<u>Electronic Filing</u>
Hon. Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

      **Re:**    **Case No. 1:08-CV-00501-PKL;** *AMAC Credit Facility LLC v. Richard P. Shaw;* **In the United States District Court, Southern District of New York**

Dear Judge Ellis:

The Court has set a Settlement Conference in the above referenced matter for July 3, 2008. Counsel for Plaintiff has a conflict on that date and has received alternatives dates from the Clerk that are convenient for the Court. I have conferred with all counsel of record and counsel are in agreement with the date of **July 24, 2008** at **11:00 a.m. EDT.** Please accept this letter as a request that the Court re-schedule this conference accordingly.

Thank you for your professional courtesies.

Very truly yours,

/s/ Patrick F. McManemin

Patrick F. McManemin
*Dictated but not read*

cc:    Nathan Johnson *(electronic transmission)*
        Howard Spector *(electronic transmission)*
        Sydney Platzer *(electronic transmission)*

475618