UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
AMAC CREDIT FACILITY LLC,
                           Plaintiff,
         - against -                            ORDER
                                                08 Civ. 501 (PKL) (RLE)
RICHARD P. SHAW,
                           Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, July 3, 2008, at 10:30 a.m., is adjourned to Thursday, July 24, 2008, at 11:00 a.m. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED** this 15th day of May 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge