UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMAC CREDIT FACILITY, LLC,
                    Plaintiff,

        -against-                          1:08 CIVIL 00501 (PKL)

RICHARD P. SHAW,
                    Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __ANDREW STEVEN MULLER__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        ASM 6168

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ Address: PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
              1065 AVENUE OF THE AMERICAS, NY, NY 10018

☐ Telephone Number: (212) 593-3000

☐ Fax Number: (212) 593-0353

☐ E-Mail Address: AMULLER@PLATZERLAW.COM

Dated: 6/24/08                /s/ Andrew Muller