UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08
```

AMAC CREDIT FACILITY LLC,

            Plaintiff,

- against -

RICHARD P. SHAW,

            Defendant.

ORDER

08 Civ. 501 (PKL) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, July 24, 2008, at 11:00 a.m., is adjourned to Tuesday, July 22, 2008, at 2:30 p.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 24th day of June 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge