UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAC CREDIT FACILITY, LLC.,

                Plaintiff,

- against -

RICHARD P. SHAW,

                Defendant.

ORDER

08 Civ. 501 (PKL) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08

RONALD L. ELLIS, United States Magistrate Judge:

      The above case, previously scheduled for a settlement conference on Tuesday, July 22, 2008, at 2:30 p.m., is adjourned to Thursday, August 28, 2008, at 2:30 p.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 21st day of July 2008
New York, New York

                                          The Honorable Ronald L. Ellis
                                          United States Magistrate Judge