

John P. Vacalis
Direct Dial: (214) 758-3420
jvacalis@pattonboggs.com

August 18, 2008

**U.S. Mail**
Hon. Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

Re: *AMAC Credit Facility LLC v. Richard P. Shaw;* Case No. 1:08-CV-00501-PKL, in the United States District Court, Southern District of New York

Dear Judge Ellis:

The Court has a Settlement Conference in the above referenced matter set for August 28, 2008. Please be advised that the parties are currently negotiating a settlement in this matter. We request that the Court adjourn the conference currently set to allow counsel for the parties to get dispose of this matter by agreement.

Thank you for your professional courtesies.

Very truly yours,

John P. Vacalis

cc: Nathan Johnson *(via electronic mail)*
Howard Spector *(via electronic mail)*
Sydney Platzer *(via electronic mail)*

Conference adjourned to October 2, 2008 at 11am.

**SO ORDERED**
8-25-08

MAGISTRATE JUDGE RONALD L. ELLIS

488110